UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| - v. - | 16 Cr. 786-02 (NSR) |
| JACQUELINE GRAHAM, | |
| Defendant. | |

Upon the application of JACQUELINE GRAHAM (the "Defendant"), through her counsel Harry Sandick:

WHEREAS, the Court held a pretrial conference on April 10, 2019;

WHEREAS, a portion of the conference (set forth at pages 12–15 of the transcript) was conducted under seal;

WHEREAS, the Defendant now wishes to present the colloquy conducted under seal in that conference in support of her direct appeal of her conviction in the above-captioned matter; and

WHEREAS, the Government has indicated that it takes no position on the Defendant's application to unseal the transcript of the pretrial conference.

IT IS HEREBY ORDERED THAT the transcript of the April 10, 2019 conference is fully unsealed.

Clerk of Court requested to terminate the motion (doc. 312).

DATED:   White Plains, New York      SO ORDERED.
         November 13, 2020

                                     _____
                                     THE HONORABLE NELSON S. ROMÁN
                                     UNITED STATES DISTRICT JUDGE

12136621v.1